IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-20628
_____

In Re: ICM NOTES LTD

        Debtor

_____

ICM NOTES LTD

        Appellant

    v.

ANDREWS & KURTH, LLP

        Appellee

_____

Appeal from the United States District Court
for the Southern District of Texas
_____

March 11, 2003

Before KING, Chief Judge, DAVIS, Circuit Judge, and ROSENTHAL[*], District Judge.

PER CURIAM:

    AFFIRMED on the basis of the district court opinion, ICM Notes, Ltd. v. Andrews & Kurth, L.L.P., 278 B.R. 117 (S.D. Tex. 2002).

---

[*] District Judge of the Southern District of Texas, sitting by designation.